# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ROBEL PHILLIPOS<br><br>Defendant(s) | )<br>)<br>)   Case No.  13-MJ-2162-MBB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 19, 2013 - April 25, 2013__ in the county of __Worcester and Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001(a)(2) | Knowingly and willfully make materially false statements to federal investigators in a matter within the jurisdiction of the executive branch of the United States, to wit, a terrorism investigation |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Scott P. Cieplik, Federal Bureau of Investigation

☑ Continued on the attached sheet.

_Scott P Cieplik_
Complainant's signature

Special Agent Scott P. Cieplik, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 05/01/2013

_Marianne B. Bowler, USMJ_
Judge's signature

City and state: Boston, Massachusetts

Marianne B. Bowler, U.S. Magistrate Judge
Printed name and title