AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Massachusetts__

United States
v.
Dias Kadyrbayev and
Azamat Tazhayakov

**APPEARANCE**

Case Number: 13-MJ-2161 MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dias Kadyrbayev

I certify that I am admitted to practice in this court.

Pro Hac Vice

FILED IN CLERKS OFFICE
2013 MAY -1  P 4: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

5/1/13
Date

*Robert Stahl*
Signature

Robert G. Stahl        NJ42404
Print Name             Bar Number

220 St. Paul Street
Address

Westfield , NJ   07090
City        State   Zip Code

908.301.9001        908.301.9008
Phone Number        Fax Number

RSTAHL@STAHLESQ.COM