UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   v.        )<br>)<br>DIAS KADYRBAYEV (1),    )<br>AZAMAT TAZHAYAKOV (2),   )<br>and            )<br>ROBEL KIDANE PHILLIPOS (3), )<br>)<br>   Defendants.   )<br>) | Crim. No. 13-10238-DPW |

**INITIAL STATUS CONFERENCE - JOINT MEMORANDUM**

Pursuant to Local Rule of Criminal Procedure 116.5(b), the United States, by and through its undersigned attorneys, and defendants Dias Kadyrbayev, Azamat Tazhayakov, and Robel Kidane Phillipos, by and through their undersigned attorneys, respectfully submit this joint memorandum.

(1) The government provided automatic discovery to defendants Kadyrbayev and Tazhayakov on September 10, 2013 and to defendant Phillipos on October 10, 2013. The government has produced approximately 6,700 pages of records and 3 terabytes of data to the defendants in automatic discovery. The defendants have not yet sent the government a letter requesting additional discovery because they are in the process of reviewing the government's automatic discovery. Nor have the defendants produced any automatic discovery to the government pursuant Local Rule 116.1(d).

(2) Other than a copy of a USB thumb drive that the government will be producing next week, it does not currently intend to produce any other additional discovery but will do so if further production becomes appropriate.

(3) Defense counsel will file discovery requests in this matter but seek approximately 2 ½ months to complete their review of the government's discovery in order to draft those requests.

(4) The parties will address the necessity of a protective order at the initial status conference.

(5) Defense counsel need time to complete their review of the discovery materials before determining whether to file pretrial motions under Federal Rule of Criminal Procedure 12(b).

(6) The government and defense counsel for Kadyrbayev and Tazhayakov have agreed that the government will provide expert discovery no later than 45 days before trial and the defendant will provide reciprocal expert discovery no later than 30 days before trial.  Defense counsel for Phillipos does not agree to producing reciprocal expert discovery 30 days before trial but rather takes the position that his reciprocal expert discovery should be due 14 days before trial.  The government does not believe that such timing is sufficient to prepare for trial and/or file

      any related pre-trial motions regarding the defendant Phillipos' experts.

(7) Defendants Kadyrbayev and Tazhayakov were indicted on August 8, 2013 (Phillipos was indicted after the first two defendants on August 29, 2013). All time between the date of their arraignment on August 13, 2013 and October 29, 2013 (the scheduled date of the initial status conference) has been excluded from the Speedy Trial Act calculations by Orders of this Court. This leaves four days of non-excluded time on the Speedy Trial Clock. The parties hereby jointly request that the period from October 29, 2013 through January 15, 2013 (or other date of the interim status conference), likewise be excluded on the grounds that the ends of justice served by permitting the defendants to complete their review of discovery and file any discovery requests outweighs the defendants' and public's interest in a speedy trial.

(8)  The parties request that an interim status conference be scheduled for January 15, 2013.

Respectfully submitted,

| | |
|---|---|
| Carmen Ortiz<br>United States Attorney | Dias Kadrybayev,<br>Defendant |
| */s/ B. Stephanie Siegmann*<br>B. Stephanie Siegmann<br>John A. Capin<br>Assistant U.S. Attorneys | */s/ Robert Stahl*<br>Robert Stahl, Esq.<br>Counsel for defendant Kadyrbayev |
| | Azamat Tazhayakov,<br>Defendant |
| | */s/ Nicholas Woolridge*<br>Nicholas Woolridge, Esq.<br>Counsel for defendant Tazhayakov |
| | Robel Kidane Phillipos,<br>Defendant |
| | */s/ Derege Demissie*<br>Derege Demissie, Esq.<br>Susan Church, Esq.<br>Counsel for defendant Phillipos |