UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 1:13-cr-10238-DPW

KADYRBAYEV ET AL

**JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER**

The parties in the above matter, by and through their counsel, submit the following status report and proposed scheduling order pursuant to the Court's order entered on December 3, 2013.

1. The parties have conducted a joint conference in order to reach an agreement on their scheduling proposal for the Court's consideration.

2. The undersigned parties were able to reach an agreement and hereby submit their joint proposal.

3. Counsel for Co-Defendant Tazhayakov has opted to submit his own disparate proposal to the Court.

4. In making their proposal the undersigned parties have considered the voluminous discovery produced in this matter this matter, the complexity of discovery and evidentiary issues involved, and their interest in speedy resolution of the case.

5. Despite diligent effort, the Defendants have not yet completed their review of the produced material.

6. The parties jointly propose the following scheduling order.

7. The Defendants will serve the Government a discovery request on or before February 17, 2014.

8. The Government will respond to the Defendants requests by March 17, 2014.

9. The Defendants will file their motions to compel on or before April 14, 2014.

10. The Government will file its opposition on or before May 14, 2014

11. The Defendants will file motions to dismiss, motion for change of venue, and motions

    under Fed. R. Crim. P. 12(b) on or before June 9, 2014.

12. The Government will file its opposition by July 14, 2014.

13. The parties expect multiple days of evidentiary hearing on the motions and request the hearing be scheduled in the last week of September 2014.

14. The Parties request the trial date in this matter be set for the last week of January 2015.

15. The parties expect the trial should last approximately two to three weeks.

16. The undersigned parties have conferred on the periods of excludable delay from all Speedy Trial Act calculations and jointly submit that the period from January 15, 2014, to the proposed trial date should be excluded pursuant to L.R. 112.2 and the ends-of-justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8(A).

| | |
|---|---|
| DIAS KADYRBAYEV<br>BY HIS COUNSEL | CARMEN ORTIZ<br>UNITED STATES ATTORNEY |
| */s/ Robert Stahl*<br>Robert Stahl, Esq. | By:   */s/ John Capin*<br>       AUSA John Capin |
| | */s/ Stephanie Seigman*<br>AUSA Stephanie Seigman |

ROBEL PHILLIPOS
BY HIS COUNSELS

*/s/ Derege B. Demissie*
_____
Derege B. Demissie, Esq.

*/s/ Susan B. Church*
_____
Susan B. Church, Esq.