UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO.: 1:13-cr-10238-DPW

KADYRBAYEV ET AL

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes Robel Phillipos, a defendant in this matter, and moves the Court appoint undersigned as his counsel pursuant to 18 U.S.C. § 3006A.

As grounds for his motion, Mr. Phillipos states that he is no longer financially able to afford counsel. Mr. Phillipos further states undersigned counsel has represented him since his first appearance in this case, has conducted extensive review of the discovery, and appointing him to continue to represent him serves the interest of judicial economy and efficiency.

Undersigned Counsel is a member of the Criminal Justice Act Panel of this Court and routinely accepts appointments from the Court.

ROBEL PHILLIPOS
BY HIS COUNSEL

*/s/ Derege B. Demissie*

_____
Derege B. Demissie, Esq.
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 101
Cambridge, MA 02139
Ph: (617) 354-3944
Fax: (617) 354-0985

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 2, 2014.

*/s/ Derege B. Demissie*
_____
Derege B. Demissie, Esq.