UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DIAS KADYRBAYEV (1), )<br>AZAMAT TAZHAYAKOV (2), )<br>and )<br>ROBEL KIDANE PHILLIPOS (3), )<br>)<br>    Defendants. )<br>) | Crim. No. 13-10238-DPW |

**STIPULATION FOR RETURNING ORIGINAL ELECTRONIC DATA**

The United States, through the undersigned attorneys, and the defendants Dias Kadyrbayev, Azamat Tazhayakov, and Robel Kidane Phillipos, and their attorneys, hereby stipulate and agree as follows:

1) During the search of 69A Carriage Drive, New Bedford, Massachusetts, on April 19, 2013, items were seized including (1) a Macbook Air Laptop Computer (S/N: C02G6EG6DJWT) belonging to Kadyrbayev; and (2) a Macbook Air Laptop Computer (S/N: C02GDGDTDJWT) belonging to Tazhayakov (collectively "items" or "returned items").

2) Thereafter, the government created a complete, exact, and accurate duplicate of these items using reliable methods ("duplicate"). In discovery, the government produced duplicates of the items to defense counsel for all three defendants and retained the original computers in evidence.

3) To assist and expedite the defendant's review of these items in preparation for trial, the government has agreed to return the original computers to their respective counsel.

4) The information contained in the duplicates of the returned items is "admissible into evidence to the same extent as the original," within the meaning of Fed. R. Ev. 1003. Further, the defendants understand that the returned items will no longer constitute evidence in this case.

1

Accordingly, the contents and metadata of any document, file, image that the defendants intend to use at trial, during any hearing, or in any motion from the returned items must first be verified using the duplicates.

5) The duplicates of the returned items, and any of its contents, may be admitted into evidence in lieu of the originals, in any legal proceedings where the returned items or its contents would be admissible.  Notwithstanding the foregoing, the defendants reserve their rights to object to the admissibility of any evidence contained in the items on grounds other than authenticity.

Agreed to by,

| | |
|---|---|
| Carmen Ortiz<br>United States Attorney | Dias Kadrybayev,<br>Defendant |
| */s/ B. Stephanie Siegmann*<br>B. Stephanie Siegmann<br>John A. Capin<br>Assistant U.S. Attorneys | */s/ Robert Stahl*<br>Robert Stahl, Esq.<br>Counsel for defendant Kadyrbayev |
| | Azamat Tazhayakov,<br>Defendant |
| | */s/ Nicholas Wooldridge*<br>Nicholas Wooldridge, Esq.<br>Counsel for defendant Tazhayakov |
| | Robel Kidane Phillipos,<br>Defendant |
| | */s/ Derege Demissie*<br>Derege Demissie, Esq.<br>Susan Church, Esq.<br>Counsel for defendant Phillipos |

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      */s/ B. Stephanie Siegmann*

Dated: February 6, 2014