UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                            )
UNITED STATES OF AMERICA    )
                            )
           v.               )    Crim. No. 13-10238-DPW
DIAS KADYRBAYEV, et al.     )
                            )
                            )
_____ )

**ASSENTED TO MOTION TO ACCEPT
MOTION TO COMPEL AS TIMELY FILED**

Now comes Defendants, Kadyrbayev, Tazhayakov and Phillipos, who by and through counsel, requests this Court to accept their Joint Motion to Compel as timely filed.

In support of this motion, the Defendants state The Defendants have been in regular contact with the Government to narrow the issues raised in the motion to compel and have been negotiating the voluntary disclosure of additional discovery documents during the period between February 18, 2014 and February 28, 2014.

Due to the voluminous amounts of documents and the additional discovery provided this week, the Defendants have not been able to review the entirety of the additional discovery and prepare the motion to compel.

The Defendants have conferred with the U.S. Attorneys representing the government and obtained their assent to the Motion to file the Motion to Compel as timely filed on Saturday, March 1, 2014.

Wherefore the Defendants jointly request the Court to accept their Motion to Compel past the filing deadline.

Respectfully submitted,
Carmen Ortiz
United States Attorney

*s/ B. Stephanie Siegmann*
_____
B. Stephanie Siegmann
John A. Capin
Assistant U.S. Attorneys

Dias Kadrybayev,
Defendant

*s/ Robert G. Stahl*
_____
Robert G. Stahl, Esq.
Counsel for defendant
Kadyrbayev

Azamat Tazhayakov,
Defendant

*s/ Nicholas Wooldridge*
_____
Nicholas Woolridge, Esq.
Counsel for defendant
Tazhayakov

Robel Kidane Phillipos,
Defendant

*s/ Derege Demissie*
_____
Derege Demissie, Esq.
Susan Church, Esq.
Counsel for defendant
Phillipos