UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION NO. 13-10238-DPW

v.

DIAS KADYRABAYEV,
AZAMAT TAZHAYAKOV, and
ROBEL PHILLIPOS

**MOTION TO SEAL**

Defendants Kadyrabayev, Tazhayakov and Phillipos hereby respectfully move this Court to seal (1) the Defendant's Joint Motion to Compel Discovery, (2) the Brief in Support and Exhibits, and (3) the Court's Order on this motion until further order of this Court in order to avoid public disclosure of matters subject to the Protective Order in place.

Respectfully submitted,

/s/ Robert Stahl
_____
Robert Stahl, Esq.
Counsel for defendant Kadyrbayev

/s/ Nicholas Wooldridge
_____
Nicholas Woolridge, Esq.
Counsel for defendant Tazhayakov

/s/ Derege Demissie
_____
Derege Demissie, Esq.
Susan Church, Esq.
Counsel for defendant Phillipos

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of March, 2014, we caused a copy of the foregoing to be served on counsel for the government by means of email and regular first class mail.

      s/ *Robert G. Stahl*
      _____
      ROBERT G, STAHL, ESQ.