UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                          )<br>)<br>ROBEL KIDANE PHILLIPOS )<br>) | Doc. No 13 CR 10238 |

## DEFENDANT'S MOTION TO DISMISS

Now comes the defendant, Robel Phillipos, who, by and through counsel, and pursuant to Federal Rule of Criminal Procedure 12(b), respectfully moves that this Court dismiss counts three and four of the indictment charging him with a violation of the False Statements Act, codified at 18 U.S.C. § 1001(a)(2). As grounds therefore, the Defendant has filed a Memoranda of Law and Affidavit of Counsel, both of which are incorporated by reference in this motion.

Respectfully submitted
Robel Phillipos
By his attorneys,

/s/ Derege Demissie
DEREGE B. DEMISSIE
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 101
Cambridge, MA 02139
Ph: (617) 354-3944
Fax: (617) 354-0985

Dated: April 11, 2014

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | Doc. No 13 CR 10238 |
| ROBEL KIDANE PHILLIPOS | ) ) | |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES**

    Pursuant to local rule 7.1 the defendant hereby certifies that the parties have conferred in an effort to narrow the issues and are filing this motion and memorandum in compliance there with.

                          Respectfully submitted
                          Robel Phillipos
                          By his attorneys,

                          /s/ Derege Demissie
                          DEREGE B. DEMISSIE
                          DEMISSIE & CHURCH
                          929 Massachusetts Avenue, Suite 101
                          Cambridge, MA 02139
                          Ph: (617) 354-3944
                          Fax: (617) 354-0985

Dated: April 11, 2014

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.  ) | Doc. No 13 CR 10238 |
| ) | |
| ROBEL KIDANE PHILLIPOS ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that these documents, which have been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants on April 11, 2014.

                              Respectfully submitted
                              Robel Phillipos
                              By his attorneys,

                              /s/ Derege Demissie
                              DEREGE B. DEMISSIE
                              DEMISSIE & CHURCH
                              929 Massachusetts Avenue, Suite 101
                              Cambridge, MA 02139
                              Ph: (617) 354-3944
                              Fax: (617) 354-0985

Dated: April 11, 2014