UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>            ) Crim. No. 13-10238-DPW<br>ROBEL KIDANE PHILLIPOS,  )<br>            )<br>  Defendant.      ) | |

## JOINT MOTION TO RE-SEAL DOCKET ENTRIES 122 AND 130

The United States of America and defendant Robel Phillipos hereby move the Court to seal certain documents that were unsealed by the Court on this date. Specifically, the parties ask the Court to place under seal the Memorandum in Support of Motion to Dismiss as to Robel Kidane Phillipos (Docket Entry 122) and supporting exhibits (Docket 130). As grounds, the parties state as follows:

1. On motion of the parties, the Court unsealed several docket entries upon which Phillipos intends to rely in advancing his appeal to the First Circuit Court of Appeals.

2. At the time the parties sought to have those maters unsealed, they were unaware that unsealing of docket entries 122 and 130 could have potential impact on another matter pending before the District Court.

3. The parties agree that the unsealing of docket entries 122 and 130 is not essential to the pending appeal and have agreed to seek to have redacted portions of those docket entries unsealed if Phillipos deems them necessary to his appeal in the future.

Wherefore, the parties ask the Court immediately to place docket entries 122 and 130 in this action under seal under further Order of the Court.

| | |
|---|---|
| ROBEL PHILLIPOS<br>By his counsel | CARMEN M. ORTIZ<br>United States Attorney |
| /s/ *Derege B. Demissie* | /s/ *John A. Capin* |
| Derege B. Demissie<br>Susan B. Church | John A. Capin<br>B. Stephanie Siegmann |
| | Assistant US Attorneys |

## CERTIFICATE OF SERVICE

    I hereby certify that I have discussed this matter with counsel, and this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                   /s/ *John A. Capin*

                                                   John A. Capin<br>                                                 Assistant U.S. Attorney